#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF MISSISSIPPI
#### SOUTHERN DISTRICT

| | |
|---|---|
| DONA HAYNES, ) | |
| ) | Case No. 1:24-cv-00177-LG-RPM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT STATUS REPORT

In accordance with the Order of this Court dated May 1, 2025 (ECF No. 21), counsel for Plaintiff Dona Haynes and Defendant United States of America submit this Joint Status Report regarding appointment of a personal representative for the estate of Plaintiff.

On June 12, 2024, Plaintiff Dona Haynes filed this action for a refund of trust fund recovery ("TFRP") penalties assessed against her. (ECF No 1). On September 3, 2024, the United States filed a counterclaim against Dona Haynes for the balance due for the TFRPs assessed against her. (ECF No. 4). On April 25, 2025, Dona Haynes passed away while this lawsuit was still pending. (ECF No. 20). The parties accordingly requested to stay proceedings to allow time for appointment of a personal representative for the Estate of Dona Haynes. (ECF No. 19). This Court granted a stay and ordered that the parties provide a joint status report updating the Court regarding appointment of a personal representative no later than June 27, 2025. (ECF No. 21.)

Donna H. Feeney, Dona Haynes's daughter, has since been designated the executrix of Dona Haynes's estate and has been granted letters testamentary accordingly. The parties propose

the stay remain in place until such time that Donna H. Feeney is substituted under Fed. R. Civ. P. 25(a)(1), which shall be completed on or before July 31, 2025.

Dated: June 27, 2025                                             Respectfully submitted,

*/s/ James G. McGee, Jr.*                                        */s/ Rachel Iacangelo*
James G. McGee, Jr. (MSB #102385)              RACHEL IACANGELO
McGee Tax Law, PLLC                                        D.C. Bar No.: 1780169
125 S. Congress St.                                               rachel.e.iacangelo@usdoj.gov
Capital Towers, Suite 1824                                 Trial Attorney, Tax Division
Jackson, Mississippi 39201                                U.S. Department of Justice
Telephone: (601) 965-6155                                P.O. Box 14198
Facsimile: (601) 222-3503                                   Washington, D.C. 20044
jmcgee@mcgeetax.com                                      202-353-1978 (v)
                                                                              202-514-4963 (f)

*Counsel for Plaintiff*

*Counsel for Defendant*